1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ANTHONY A. SANCHEZ,                        Case No.  2:23-cv-02806-DAD-JDP (HC)

12                    Petitioner,                 **ORDER**

13            v.                                   TRANSFERRING CASE TO THE FRESNO
                                                   DIVISION OF THE UNITED STATES
14     CHRISTIAN PFEIFFER,                         DISTRICT COURT FOR THE EASTERN
                                                   DISTRICT OF CALIFORNIA
15                    Respondent.

16

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18     corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction issued

19     by the Kern County Superior Court.  Kern County is part of the Fresno Division of the United

20     States District Court for the Eastern District of California.  *See* Local Rule 120(d).

21            Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22     division of a court may, on the court's own motion, be transferred to the proper division of the

23     court.  Therefore, this action will be transferred to the Fresno Division of the court.

24            Good cause appearing, IT IS HEREBY ORDERED that:

25            1. This action is transferred to the United States District Court for the Eastern District of

26     California sitting in Fresno; and

27            2. All future filings shall reference the new Fresno case number assigned and shall be

28     filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

IT IS SO ORDERED.

Dated:    December 26, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2